069093

Maternal & Family Health Services

Return to IDX:
P.O. Box 989728
West Sacramento, CA 95798-9728

To Enroll, Please Visit:
**https://response.idx.us/mfhs**
Or Call:
**(833) 896-7339**
Enrollment Code: XVGTV9EPFX

069093

***Via First-Class Mail***

Chris Izquierdo
[redacted]

January 3, 2023

**Notice of Data Incident**

Dear Chris Izquierdo:

Maternal & Family Health Services recently experienced a data security incident which may have affected your personal information. We take the protection and proper use of your information seriously and sincerely apologize for any inconvenience this incident may cause. This letter contains additional information about the incident, our response to this incident and steps you can take to protect yourself.

## What Happened

On or about April 4, 2022, Maternal & Family Health Services experienced a ransomware incident. During a typical ransomware incident, cybercriminals try to "lock" an organization's digital files in an attempt to get paid for a digital key to unlock the files. We promptly launched an investigation, engaged a national cybersecurity firm to assist in assessing the scope of the incident and took steps to mitigate the potential impact to our community. Unfortunately, these types of incidents are becoming increasingly common and even organizations with some of the most sophisticated IT infrastructure available are affected. We have worked diligently to determine what happened and what information was involved as a result of this incident. A third-party forensic investigation determined the incident occurred between August 21, 2021 and April 4, 2022.

## What Information Was Involved

The elements of your personal information that may have been compromised may have included, and potentially were not limited to, your: name, address, date of birth, Social Security number, driver's license number, financial account/payment card information, medical information and/or health insurance information. Please note that there is no evidence at this time that any of your personal information has been misused as a result of the incident.

## What We Are Doing

We are working with cybersecurity counsel to determine the actions to take in response to the incident. Together, we continue to investigate and closely monitor the situation. Further, we are taking steps to strengthen our security posture to prevent a similar event from occurring again in the future.

Out of an abundance of caution, we have arranged for you to enroll in a complementary, credit monitoring and identity theft protection services through IDX, the data breach and recovery services expert. IDX identity protection services include: twelve (12) months of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed id theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised.

**For residents of all states:**

**Fraud Alerts:** You can place fraud alerts with the three credit bureaus by phone and online with Equifax (https://assets.equifax.com/assets/personal/Fraud_Alert_Request_Form.pdf); TransUnion (https://www.transunion.com/fraud-alerts); or Experian (https://www.experian.com/fraud/center.html). A fraud alert tells creditors to follow certain procedures, including contacting you, before they open any new accounts or change your existing accounts. For that reason, placing a fraud alert can protect you, but also may delay you when you seek to obtain credit. As of September 21, 2018, initial fraud alerts last for one year. Victims of identity theft can also get an extended fraud alert for seven years. The phone numbers for all three credit bureaus are at the bottom of this page.

**Monitoring:** You should always remain vigilant and monitor your accounts for suspicious or unusual activity.

**Security Freeze:** You also have the right to place a security freeze on your credit report. A security freeze is intended o prevent credit, loans, and services from being approved in your name without your consent. To place a security freeze n your credit report, you need to make a request to each consumer reporting agency. You may make that request by ertified mail, overnight mail, regular stamped mail, or by following the instructions found at the websites listed below. he following information must be included when requesting a security freeze (note that if you are requesting a credit port for your spouse or a minor under the age of 16, this information must be provided for him/her as well): (1) ful me, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) current address and an evious addresses for the past five years; and (5) any applicable incident report or complaint with a law enforcemer ency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identificatic d and a copy of a recent utility bill or bank or insurance statement. It is essential that each copy be legible, displa r name and current mailing address, and the date of issue. As of September 21, 2018, it is free to place, lift, ove a security freeze. You may also place a security freeze for children under the age of 16. You may obtain a fr rity freeze by contacting any one or more of the following national consumer reporting agencies:

**uifax Security Freeze**
. Box 105788
nta, GA 30348
fax.com/personal/credit-report-services/
0-349-9960

**Experian Security Freeze**
P.O. Box 9554
Allen, TX 75013
experian.com/freeze/center.html
1-888-397-3742

**TransUnion Security Freez**
P.O. Box 160
Woodlyn, PA 19094
transunion.com/credit-freez
1-888-909-8872

information can also be obtained by contacting the Federal Trade Commission listed above.

**What You Can Do**

To enroll in the complimentary credit monitoring service that we are offering you, please go to https://response.idx.us/mfhs and using Enrollment Code XVGTV9EPFX, follow the steps to receive the credit monitoring service online within minutes. If you do not have access to the Internet and wish to enroll, please call IDX's toll-free hotline at (833) 896-7339.

You can sign up for the online or offline credit monitoring service anytime between now and April 3, 2023. Due to privacy laws, we cannot register you directly. Please note that credit monitoring services might not be available for individuals who do not have a credit file with TransUnion or an address in the United States (or its territories) and a valid Social Security number. Enrolling in this service will not affect your credit score.

Once you are enrolled, you will be able to obtain twelve (12) months of credit monitoring service which will notify you if there are any critical changes to your credit file at TransUnion, including fraud alerts, new inquiries, new accounts, new public records, late payments, changes of address, and more. The service also includes access to an identity restoration program that provides assistance in the event that your identity is compromised and up to $1,000,000 in identity theft insurance with no deductible. (Policy limitations and exclusions may apply.)

At this time, we are not aware of anyone experiencing fraud as a result of this incident. We encourage you to remain vigilant, monitor your accounts, and immediately report any suspicious activity or suspected misuse of your personal information. Additionally, we recommend that you review the following page, which contains important additional information about steps you can take to safeguard your personal information, such as the implementation of fraud alerts and security freezes.

**For More Information**

Please know that the protection of your personal information is a top priority, and we sincerely apologize for any concern or inconvenience that this matter may cause you. If you have any questions, please do not hesitate to call (833) 896-7339, Monday – Friday, 9 am - 9 pm Eastern Time.

Sincerely,

Maternal & Family Health Services

Website IDX Provides

www.MFHS.org/important-infomati about maternal Family Health Services 2022 Cyberse incident

Attorney general..